## LONG BRANCH EDUCATION ASSOCIATION, INC., PETITIONER-APPELLANT, v. BOARD OF EDUCATION OF THE CITY OF LONG BRANCH, MONMOUTH COUNTY, RESPONDENT-RESPONDENT.

Argued May 9, 1977—Decided June 24, 1977.

*Mr. Michael D. Schottland* argued the cause for appellant (*Messrs. Chamlin, Schottland, Rosen & Cavanagh*, attorneys; *Mr. Schottland* and *Mr. Thomas W. Cavanagh*, on the brief).

*Mr. Richard D. McOmber* argued the cause for respondent (*Messrs. McOmber & McOmber*, attorneys; *Mr. McOmber* and *Mr. John W. Wopat, III*, on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, 150 *N. J. Super.* 262.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.